UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sandy Annesser, et al. v. Bayer Pharmaceuticals Corporation, et al.* | No. 12-cv-10198-DRH |
| *Abigail Bailey v. Bayer Corporation, et al.* | No. 11-cv-10629-DRH |
| *Angela Beck, et al. v. Bayer Corporation, et al.* | No. 09-cv-20014-DRH |
| *Megan E. Berg, et al. v. Bayer Corporation, et al.* | No. 12-cv-11500-DRH |
| *Patti Bradish, et al. v. Bayer Corporation, et al.* | No. 09-cv-20021-DRH |
| *Courtney Ann Bunn v. Bayer Corporation, et al.* | No. 11-cv-12317-DRH |
| *Jennifer Colbert, et al. v. Bayer Corporation, et al.* | No. 10-cv-12964-DRH |
| *Elizabeth Cooper v. Bayer Corporation, et al.* | No. 11-cv-11094 -DRH |
| *Carrie Draghi, et al. v. Bayer Corporation, et al.* | No. 10-cv-12273-DRH |
| *Kim Emerson, et al. v. Bayer Corporation, et al.* | No. 11-cv-11726-DRH |
| *Wendi Hinck v. Bayer Corporation, et al.* | No. 11-cv-10725-DRH |
| *Kate Juber v. Bayer Corporation, et al.* | No. 11-cv-12785-DRH |
| *Jessica Kneese v. Bayer Corporation, et al.* | No. 11-cv-12430-DRH |
| *Nicole Lawson v. Bayer Corporation, et al.* | No. 11-cv-10628-DRH |
| *Janet Lee v. Bayer Corporation, et al.* | No. 11-cv-12746-DRH |
| *Soriah Lennon, et al. v. Bayer Corporation, et al.* | No. 10-cv-12216-DRH |
| *Saretta Main, et al. v. Bayer Corporation, et al.* | No. 09-cv-20020-DRH |

| | |
|---|---|
| *Tina Marcario v. Bayer Corporation, et al.* | No. 11-cv-10627-DRH |
| *Audrey Olscheske, et al. v. Bayer Corporation, et al.* | No. 10-cv-11786-DRH |
| *Patrice Pryor, et al. v. Bayer Corporation, et al.* | No. 11-cv-12477-DRH |
| *Melissa Sweet v. Bayer Corporation, et al.* | No. 11-cv-12509-DRH |
| *Debbie Tarin v. Bayer Corporation, et al.* | No. 11-cv-10684-DRH |
| *Carolyn Simpson v. Bayer Corporation, et al.* | No. 10-cv-12433-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** May 23, 2014

Digitally signed by David R. Herndon
Date: 2014.05.23 11:41:27 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2